395 A.2d 1007

Commonwealth v. Molinar, Appellant.

Submitted September 12, 1977. Charles M. Nester, Assistant Public Defender, for appellant; James R. Freeman, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN J., did not participate in the consideration or decision of this case.